UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CV-01122** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ARMENTOR FARMS LLC, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons provided in the accompanying Memorandum Ruling, **IT IS ORDERED** that the Motion for Default Judgment [doc. 12] be **GRANTED**. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that judgment in rem be entered in favor of plaintiff, the United States of America, against defendants ARMENTOR FARMS LLC, STEPHEN PHILLIP ARMENTOR, and SHANNON MOORE ARMENTOR, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of this judgment as specified under 28 U.S.C. § 1961, as follows:

| | |
|---|---|
| Unpaid Principal | $254,770.00 |
| Unpaid Interest (to May 31, 2019) | $7,738.33 |
| Daily Accrual | ($9.5975) |

with full recognition and maintenance of Plaintiff's special mortgage, lien, and privilege upon the property described in Exhibit A and the farm equipment described in Exhibit B, attached hereto.

**IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that the above-described property be seized and sold by the United States Marshal for the Western District of Louisiana at public auction, <u>without appraisal</u>, for cash to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid, by preference and priority over all other persons, the amount of the claim with interest; and that the amount realized from said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to proceed against defendants for any deficiency judgment.

Finally, **IT IS ORDERED** that plaintiffs be awarded all costs of this proceeding.

**THUS DONE AND SIGNED** in Chambers on this 20th day of March, 2020.

*[Signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**